## United States Bankruptcy Court
### Southern District of New York

| | | | |
|---|---|---|---|
| In re | **D.G.W. Holding Corp.** | Case No. | **18-10849** |
| | Debtor(s) | Chapter | **11** |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Jae Yang**, declare under penalty of perjury that I am the **President** of **D.G.W. Holding Corp.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 28 day of **March** , 20**18**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jae Yang, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jae Yang, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jae Yang, President** of this Corporation is authorized and directed to employ **Mark Frankel**, attorney and the law firm of **Backenroth Frankel & Krinsky, LLP** to represent the corporation in such bankruptcy case."

Date **March 28, 2018**                    Signed **/s/ Jae Yang**

**Jae Yang**

### Resolution of Board of Directors
### of
### D.G.W. Holding Corp.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jae Yang, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jae Yang, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jae Yang, President** of this Corporation is authorized and directed to employ **Mark Frankel**, attorney and the law firm of **Backenroth Frankel & Krinsky, LLP** to represent the corporation in such bankruptcy case.

Date **March 28, 2018**                    Signed    **Jae Yang**