**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re                                              Chapter 11

    D.G.W. Holding Corp.                      Case No.  18-10849

                Debtor.
---------------------------------------------------------x

## ORDER DISMISSING CASE

Upon the oral motion (the "Motion") of D.G.W. Holding Corp., the debtor and debtor-in-possession (the "Debtor"), at the initial status conference of this case on May 7, 2018, seeking dismissal of this Chapter 11 case, and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED**, under 11 U.S.C. § 1112(b) and 305(a), that this case commenced under Chapter 11 of the Bankruptcy Code be, and hereby is, dismissed; and it is further

**ORDERED**, that the Debtor pay to the United States Trustee the appropriate sum required under 28 U.S.C. §1930 within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant periods.

    **IT IS SO ORDERED.**

Dated:  May 14, 2018
       New York, New York

                                    **/s/Martin Glenn**
                                    MARTIN GLENN
                         United States Bankruptcy Judge